AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
APR 3 0 2021
Nathan Ochsner, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cristian Ortiz (1996/US) | ) | Case No. M-21-0925-M |
| Felipe Albino-De La Cruz (1981/MX) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 29, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Possession with intent to Distribute a Controlled Substance / Approximately 4.19 Kilograms of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Anibal Alaniz

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: April 30, 2021  7:35 am

City and state: McAllen, Texas

/s/ Juan M. Varela Jr
*Complainant's signature*

Juan M. Varela Jr, HSI Special Agent
*Printed name and title*

[signature]
*Judge's signature*

U.S. Magistrate Judge Nadia S. Medrano
*Printed name and title*

## Attachment "A"

I, Juan Manuel Varela Jr., am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On April 29, 2021, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received information that Felipe Albino-De La Cruz (hereafter ALBINO) was in possession of a vehicle loaded with an unknown amount of cocaine at the Whataburger located at 100 E. Expressway 83 in Pharr, Texas.

2. During the surveillance operation, HSI McAllen observed the vehicle exit the Whataburger parking lot and departing the area. HSI McAllen coordinated with Hidalgo County Sheriff's Office (HCSO) who subsequently conducted a traffic stop on the vehicle based on a traffic violation.

3. The driver of the vehicle identified himself as ALBINO. The Pharr, Texas Police Department responded to the scene of the traffic stop and conducted a canine open-air sniff search that yielded a positive alert on the vehicle. ALBINO and the vehicle were transported to the HSI McAllen office.

4. HSI McAllen agents conducted law enforcement queries on the vehicle and identified Cristian Ortiz (hereafter ORTIZ) as the person who entered from Mexico into the United States in the vehicle on the morning of April 29, 2021. HSI McAllen agents and TFOs located ORTIZ and transported him to the HSI McAllen office.

5. HSI agents and TFOs conducted a search of the vehicle and located four packages concealed within an aftermarket compartment located within the dashboard of the vehicle. HSI McAllen agents field tested the substances inside the packages, with a presumptive positive result for the characteristics of cocaine. HSI McAllen agents weighed the packages containing the suspected cocaine, which weighed approximately 4.19 kilograms on a calibrated scale.

6. HSI Special Agents and TFOs interviewed ORTIZ, who made numerous inconsistent statements and admitted to being involved in illegal activity. ORTIZ stated he was to be paid $300.00 United States Dollars for crossing the vehicle and leaving the vehicle at Whataburger for an unknown person to take possession of the vehicle. ORTIZ claimed he left the keys in the vehicle and an unknown person was to pick up the vehicle at the Whataburger. ORTIZ stated he believed the person that took possession of his vehicle was going to conceal an unknown amount of currency in the vehicle that was destined for Mexico.

7. HSI Special Agents and TFOs interviewed ALBINO, who declined to give a statement to HSI SAs.